IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIA T. RAMOS<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART, et al.<br>　　　　　　Defendants. | Civil Action No. 04-0875 |

**ORDER**

AND NOW, this 27 day of September, 2005 upon consideration of the parties' cross-Motions for Summary Judgment, and after review of the Report and Recommendation of M. Faith Angell, United State Magistrate Judge, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Defendant Commissioner's Motion for Summary Judgment is GRANTED.

3. The Plaintiff's Motion for Summary Judgment is DENIED.

BY THE COURT:

_____
LOUIS H. POLLAK, J.